UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                                            ) | |
|       Plaintiff,            ) | Case No. 1:05-cr-00148 |
|                                                            ) | |
| v.                                                        ) | Honorable Robert Holmes Bell |
|                                                            ) | |
| NICHOLAS CHARLES LOOK,     ) | |
|                                                            ) | |
|       Defendant.         ) | |
| _____ ) | |

**REPORT AND RECOMMENDATION**

       Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on July 21, 2005, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Nicholas Charles Look entered a plea of guilty to Counts 6, 7, and 8 of the Indictment in exchange for the undertakings made by the government in the written plea agreement. Count 6 of the Indictment charges the defendant with knowingly, intentionally and unlawfully distributing a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).  Count 7 of the Indictment charges the defendant with being a felon in possession of six firearms, in violation of Title 18, United States Code, Sections 922(g)(1), 921(a) and 924(a)(2). Count 8 of the Indictment charges the defendant with using, carrying and brandishing a firearm during, in relation to, and in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts 6, 7, and 8 of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date:  July 21, 2005           /s/ Ellen S. Carmody
                               ELLEN S. CARMODY
                               United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).